IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-01969-WYD-KMT

KEVIN AND JENNIFER SKUBAL,

   Plaintiffs,

v.

CEDARCREST HOMES, INC. d/b/a FOUNTAINHEAD MOTORS, and
THE CREDIT COMPANY, LLC,

   Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation to Dismiss With Prejudice (ECF No. 25).   After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a) and the case should be dismissed with prejudice, each party to bear its own costs.   Accordingly, it is

ORDERED that the Stipulation to Dismiss With Prejudice (ECF No. 25) is **APPROVED.**   This matter is **DISMISSED WITH PREJUDICE**.

Dated:   February 18, 2015

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              SENIOR UNITED STATES DISTRICT JUDGE